# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHELBY JAY AUTRY**                                                               **PLAINTIFF**

**v.**                  **CASE NO. 1:17-CV-00058 BSM**

**JACK YANCY, et al.**                                                         **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No. 7] submitted by United States Magistrate Judge Jerome T. Kearney have been received. Plaintiff Shelby Jay Autry has not submitted objections. After a careful review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Autry's amended complaint [Doc. No. 5] is dismissed without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. Section 1915(g). Furthermore, it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE