IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHELBY JAY AUTRY**                                                                  **PLAINTIFF**

v.                              **CASE NO. 1:17-CV-00058 BSM**

**JACK YANCY, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. Section 1915(g). Furthermore, it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE